UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 17-880 JVS (JCGx) | Date | June 21, 2017 |
| Title | DeSilva v. Specialized Loan Service | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    **(IN CHAMBERS)**    Order to Show Cause

    Pursuant to Rule 11(c)(3) of the Federal Rules of Civil Procedure, the Court orders attorney Tadeusz McMahon to show cause why he should not be sanctioned for signing and filing in violation of Rule 11(b)(1) and (2) of the Federal Rules of Civil Procedure the notice of removal herein (Docket No. 1) in which he alleges as a basis for federal question jurisdiction:

> Plaintiff's claim alleges a violation of the Fair Credit Reporting Act, specifically 15 U.S.C. §§ 1681s-2(a), and Plaintiff seeks damages through 15 U.S.C. §§ 1681n or *1681o.*

whereas plaintiff's small claims court complaint contains no such allegation either expressly or impliedly invoking the Fair Credit Report Act.

    Attorney McMahon shall reply in writing to this Order to Show cause within ten days and shall personally appear on July 5, 2017 at 9:00 a.m. Further, the Ryan Law Firm shall show cause in writing within ten days why it should not be held jointly responsible pursuant to Federal Rule of Procedure 11(c)(1).

                                                    Initials of Preparer      kjt